UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Laura Leigh Cade, | { | CASE NO. 13-11505-WHD |
| | { | |
| DEBTOR. | { | |

**NOTICE OF HEARING**

  PLEASE TAKE NOTICE that Debtor has filed a "Motion to Extend the Automatic Stay," and related papers with the Court seeking an order continuing the Automatic Stay of 11 U.S.C. Section 362(a) beyond the thirty day limit set forth in 11 U.S.C. Section 362(c)(3)(A) as to all applicable entities until such time as the Court grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C. Section 362(c)(1) or (2).

  PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Extend Automatic Stay in **2nd Floor Courtroom**, Lewis R. Morgan Federal Building 18 Greenville St., Newnan, GA at **9:20 AM** on **June 27, 2013**.

  Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, 18 Greenville St. Newnan, GA 30263. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 13, 2013

                   /s/
                   Amit Patel
                   GA Bar No. 697014
                   Robert J. Semrad & Associates
                   Suite 3600
                   101 Marietta St.
                   Atlanta, GA 30303

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

IN RE:                               {       CHAPTER 13
                                     {
    Laura Leigh Cade,              {       CASE NO. 13-11505-WHD
                                     {
    DEBTOR.                        {

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor, Laura Leigh Cade, and asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case beyond the period of thirty (30) days against all Creditors and shows the Court the following:

1.

On June 7, 2013, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed one previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Debtor's previous case, Case No. 12-12402, was filed on August 17, 2012 and dismissed on May 28, 2013. In the previous case, Debtor's case was dismissed for failure to fund the Chapter 13 plan.

3.

Debtor filed the instant case in good faith in an effort to save her vehicle from repossession. The vehicle is necessary to provide Debtor with transportation. Extension of the automatic stay will prevent Debtor from losing his vehicle.

4.

There has been a change in circumstances since the previous case was dismissed. During the last case, the Debtor was garnished by a creditor. This garnishment prevented the Debtor from making her Chapter 13 plan payments. Debtor included the creditor into the current case. Debtor's schedules reflect the ability to support the Chapter 13 payments.

5.

Extension of the automatic stay will not harm the creditors.  In the instant case, Debtor has proposed to pay $250.00 per month through the Chapter 13 Plan, and pay a pro rata share of $0.00 to unsecured creditors.

6.

Debtor has filed the instant case in good faith.  Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay.  Debtor asks the Court to allow her the opportunity to be successful in her current Chapter 13 case in order to retain her vehicle, which is necessary for Debtor's transportation.

WHEREFORE, Debtor prays that this motion be Granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended beyond thirty (30) days against all creditors.

Dated: June 13, 2013

/s/
Amit Patel
GA Bar No. 697014
Robert J. Semrad & Associates
Suite 3600
101 Marietta St.
Atlanta, GA 30303

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| Laura Leigh Cade, | { | CASE NO. 13-11505-WHD |
| | { | |
| DEBTOR. | { | |

## CERTIFICATE OF SERVICE

I, Amit Patel , attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

**Adam M. Goodman**
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA  30303

**Laura Cade**
208 Lane Drive
Carrollton, GA  30117

*(See attached for additional mailing list)*


Dated: June 13, 2013

                                                     /s/
                                                   Amit Patel
                                                 GA Bar No. 697014
                                                 Robert J. Semrad & Associates
                                                 Suite 3600
                                                 101 Marietta St.
                                                 Atlanta, GA 30303

```
Afni, Inc.
Po Box 3097
Bloomington, IL 61702




Amcol Systems Inc
111 Lancewood Rd
Columbia, SC 29210




Amcol Systems Inc
1642 Westgate Cir Ste 20
Brentwood, TN 37027




Automobile Acceptance
749 Main St
Riverdale, GA 30274




Carrollton Orthpaedic Clinc
150 Clinic Ave
Suite 101
Carrollton, GA 30117




Department of Justice, Tax Div
Civil Trial Section, Southern
PO Box 14198; Ben Franklin Sta
Washington, DC 20044




Farmers Furniture
c/o Judi Angulo
Po Box 1140
Dublin, GA 31040
```

```
Georgia Department of Revenue
c/o Dina Gelin
1800 Century Blvd St 17200
Atlanta, GA 30345



Georgia West Imaging
Patient Processing Center
PO Box 1180
Sharpsburg, GA 30277



Higgins General Hospital
200 Allen Memorial Drive
Bremen, GA 30110



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101



Internal Revenue Service
401 W Peachtree St. NW
Stop 334-D
Atlanta, GA 30308



Jefferson Capital  Systems
c/o Amy Payment
PO BOX 953185
Saint Louis, MO 63195



Jim Herndon
P.O Box 782
Carrollton, GA 30112
```

```
Merchants Ad
c/o B. W. Savage
P O Box 7511
Mobile, AL 36670




Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334




Primary Care of Breman




Security Fin
C/O Security Finan Pob 3146
Spartanburg, SC 29304




SFC - Central Bankruptcy
c/o Tracy Haston
PO Box 1893
Spartanburg, SC 29304




Sicay-Perrow & Knighten PC
Ste 3475 133 Peachtree St
ATT: David Sicay
Atlanta, GA 30303




Special Assistant U.S. Attorne
401 W. Peachtree Street, NW
STOP 1000-D, Suite 600
Atlanta, GA 30308
```

```
Tanner Medical Center
PO Box 277368
Atlanta, GA 30384



United States Attorney's Offic
75 Spring Street, S.W.
Suite 600 U.S. Courthouse
Atlanta, GA 30303-3309
```