

**IT IS ORDERED as set forth below:**

Date: December 4, 2013

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Laura Leigh Cade, | CASE NO. 13-11505-WHD |
| DEBTOR. | |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

This matter was set for hearing on June 27, 2013 at 9:20a.m. on Debtor's Motion to Extend the Automatic Stay as to all creditors. Debtor's Counsel and the Chapter 13 Trustee appeared. There being no opposition to the Motion and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion to Extend the Automatic Stay (Doc. No.12) as to all creditors is **GRANTED,** and the automatic stay is extended until further order of this court or until it terminates by statute.

The Clerk, U.S. Bankruptcy Court is directed to serve a copy of this order upon all parties in the case.

**[END OF ORDER]**

Submitted by:

           /s/
Amit Patel
Attorney for the Debtor
GA Bar No. 697014
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303
(678) 668-7160

No Opposition:

<u>Jonathan Adams w/expressed permission/s/</u>
Attorney for the Chapter 13 Trustee
Ga. Bar No. 979073
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303
678-510-1444